UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2797(DSD/JMM)

Carl James Hobson,

Plaintiff,

v.

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

Willamette Industries,

Defendant.

The above-captioned case has been assigned to the undersigned, a judge of the above court. Pursuant to Title 28, Section 455, the undersigned recuses himself from hearing this matter.

**ACCORDINGLY, IT IS HEREBY ORDERED** that pursuant to this court's Assignment of Cases Order dated May 28, 1998, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the Civil Rights List of the automated case assignment system.

**IT IS FURTHER ORDERED** that a copy of this order shall be filed in the above-captioned case.

Dated: January 2, 2001

David S. Doty, Judge
U.S. District Court

(3)

FILED 1-3-01
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

F I L E C O P Y

Date: January 9, 2001 jr

R E C O R D O F D O C K E T T E X T

0:00-cv-02797 Hobson v. Willamette Indust

DOCKET ENTRY

Disqualification and ORDER For Reassignment (Judge David S. Doty / 1/2/01) Case reassigned to Judge Donovan W. Frank, and Case referred to Magistrate Judge Arthur J. Boylan 1pg(s) (cc: all counsel)

Hon. Donovan W Frank, Judge

THIS NOTICE SENT TO ALL COUNSEL